No. 82–5992. KILBANE ET AL. v. MARSHALL ET AL., 460 U. S. 1053;

No. 82–6035. QUINTANA v. VIRGINIA, 460 U. S. 1029;

No. 82–6062. FORNASH v. MARSHALL, 460 U. S. 1042;

No. 82–6078. RONSON v. COMMISSIONER OF INTERNAL REVENUE, 460 U. S. 1043;

No. 82–6148. JOHL ET AL. v. MOUKAWSHER ET AL., 460 U. S. 1054;

No. 82–6200. MARAS v. AMMERMAN, 460 U. S. 1071; and

No. 82–6221. EVANS v. UNITED STATES, 460 U. S. 1055. Petitions for rehearing denied.

No. 82–6135. STALLWORTH v. DETROIT BOARD OF EDUCATION ET AL., 460 U. S. 1025. Motion for leave to file petition for rehearing denied.

MAY 23, 1983

No. 80–1158. FLORIDA v. RODRIGUEZ. Dist. Ct. App. Fla., 3d Dist. Petition for rehearing granted. The order entered May 26, 1981 [451 U. S. 1022], denying the petition for writ of certiorari is vacated. Certiorari is granted, the judgment is vacated, and the case is remanded for further consideration in light of *Florida* v. *Royer*, 460 U. S. 491 (1983). JUSTICE BRENNAN would deny the petition.

No. 82–328. BORDEN, INC. v. FEDERAL TRADE COMMISSION. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded to the Court of Appeals with directions that it remand the case to the Federal Trade Commission for entry of the cease-and-desist order to which the parties have agreed.

No. D–341. IN RE DISBARMENT OF SCACCHETTI. It is ordered that Carl R. Scacchetti, Jr., of Rochester, N. Y., be